UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA MOSIELLO, as Administratrix of the Estate of Alfred R. Mosiello and ANGELA MOSIELLO, Individually and as Guardian and Representative of J.M. and I.M., Minors,

Plaintiff,

-against-

KUBOTA TRACTOR CORPORATION, KUBOTA MANUFACTURING OF AMERICA CORP., RUWET-SIBLEY EQUIPTMENT CORPORATION, GREAT PLAINS MANUFACTURING, INC., and LAND PRIDE, a Division of Great Plains,

Defendants.

26-CV-1094 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court has reviewed and approves of the parties' proposed extensions at ECF No. 61. However, in accordance with the Court's Individual Rules, the parties are hereby DIRECTED to submit a proposed Amended Civil Case Management Plan and Scheduling Order as found on the Court's website: https://www.nysd.uscourts.gov/hon-jessica-g-l-clarke. Ind. Rule 2(e).

The Court will then So Order the proposed Plan, reschedule or adjourn the forthcoming November 10, 2026 case management conference, and set any other deadlines it deems appropriate. The Clerk of Court is respectfully directed to terminate ECF No. 61.

Dated: August 7, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge